**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, THE NEW YORK CITY AND VICINITY CARPENTERS LABOR-MANAGEMENT CORPORATION and the NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS,

                        Petitioners,                        19 **CIVIL** 2062 (PGG)

       -against-                        **JUDGMENT**

MINELLI CONSTRUCTION CO., INC.,

                        Respondent.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 9, 2021, the Petition to confirm the arbitration award is granted; the arbitration award in the amount of $22,036.64 is confirmed, with interest accruing at 7% as of December 21, 2018, until the entry of judgment in the amount of $4,069.84 with attorneys' fees in the amount of $1,017.50 and $75 in costs for a total sum of $27,198.98. Post-judgment interest on the entire amount will accrue from the date of judgment is entered, at a rate provided by 28 U.S.C. § 1961(a); accordingly, this case is closed.

**Dated:**  New York, New York
           August 10, 2021                          **RUBY J. KRAJICK**

                                                                        Clerk of Court

                                              **BY:**
                                                                    **Deputy Clerk**